**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

J.D WORKFORCE, INC.,

                               Plaintiff,

        v.

MOHAMED J. GAFOOR and ABC COMPANY,

                               Defendants

--- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Case No.: 1:22-cv-7930**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that MOHAMED J. GAFOOR (Defendant) appears in this action, and that the undersigned has been retained as counsel for such parties in this action. All pleadings, papers, and documents required to be served in this action must be served on the undersigned at the office address indicated below.

Dated: January 23, 2023
      New York, NY

                                                          _____ /s/ *Zouhoor A. Wani*___

                                                        THE LAW OFFICE OF Z.A. WANI
                                                                Zouhoor A. Wani, Esq.
                                                              *Attorneys for Defendant,*
                                                                    *Mohamed J. Gafoor*

                                                     16705 Hillside Avenue, Suite 2
                                                             Jamaica, NY 11432-4200
                                                            (718) 206-2020 (telephone)
                                                              (718) 206-0505 (facsimile)
                                                                       zawanilaw@gmail.com