**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------- x

J.D WORKFORCE, INC.,　　　　　　　　　　　　**Case No.: 1:22-cv-7930**

　　　　　　　　　　Plaintiff,

　　　v.

MOHAMED J. GAFOOR and ABC　　　　　　　**RULE 7.1 STATEMENT**
COMPANY,

　　　　　　　　　　Defendants

--------------------------------------- x

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, *Mohamed J. Gafoor,* certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　　　　　　　　　　　　　-NONE-

Dated: January 23, 2023
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/ *Zouhoor A. Wani*___

　　　　　　　　　　　　　　　　　　　　　　　　THE LAW OFFICE OF Z.A. WANI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Zouhoor A. Wani, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Mohamed J. Gafoor*

　　　　　　　　　　　　　　　　　　　　　　　　　　16705 Hillside Avenue, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jamaica, NY 11432-4200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(718) 206-2020 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(718) 206-0505 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　zawanilaw@gmail.com