# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 30, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. LaShann Moutique DeArcy Hall, U.S.D.J.
225 Cadman Plaza East
Courtroom 4H North
Brooklyn, NY 11201-1804

   *Re:* **J.D. Workforce, Inc. v. Gafoor,** *et al*
     **Case No.: 1:22-cv-7930 (LDH) (MMH)**

Dear Judge Hall:

  This firm is counsel to Plaintiff J.D. Workforce, Inc. ("Plaintiff") and respectfully submits this letter to inform the Court that a stipulation for voluntary dismissal has been sent to opposing counsel for Defendants.  However, neither a response or a fully executed stipulation of voluntary dismissal has yet been received. To the extent that the Court will nonetheless dismiss the case, Plaintiff respectfully requests that any such dismissal be without prejudice.

  Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
   September 30, 2025
                Respectfully submitted,
                **SAGE LEGAL LLC**
                 */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Plaintiff*

**VIA ECF**
The Law Office of Z.A. Wani
<u>Attn</u>: Zouhoor A. Wani, Esq.
16705 Hillside Avenue, Suite 2
Jamaica, NY 11432-4200
(718) 206-2020 (telephone)
(718) 206-0505 (facsimile)
zawanilaw@gmail.com

*Attorneys for Defendants*