UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J.D WORKFORCE, INC.,

                      Plaintiff,

      -against-

MOHAMED J. GAFOOR and ABC COMPANY,

                      Defendants.
------------------------------------------------------------------X

Case No.: 1:22-cv-7930 (LDH) (MMH)

**STIPULATION OF**
**<u>VOLUNTARY DISMISSAL</u>**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff J.D. WORKFORCE, INC. ("Plaintiff") and Defendants MOHAMED J. GAFOOR and ABC COMPANY ("Defendants") by and through their respective counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in his Complaint and all claims against Plaintiff in the above-captioned case shall be dismissed in their entirety without prejudice and without costs or attorneys' fees.

| | |
|---|---|
| Dated: Jamaica, New York<br>September 30, 2025 | Dated: Jamaica, New York<br>September _30_, 2025 |
| **SAGE LEGAL LLC** | **THE LAW OFFICE OF Z.A. WANI** |
| /s/ Emanuel Kataev, Esq.<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>emanuel@sagelegal.nyc | /s/ Zouhoor A. Wani, Esq.<br>Zouhoor A. Wani, Esq.<br>16705 Hillside Avenue, Suite 2<br>Jamaica, NY 11432-4200<br>zawanilaw@gmail.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: Jamaica, New York<br>September 30, 2025 | Dated: Jamaica, New York<br>September _30_, 2025 |

                              SO ORDERED:

                              _____
                              Hon. LaShann Moutique DeArcy Hall, U.S.D.J.